IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANELLE WOLFE, ON BEHALF OF HER MINOR DAUGHTER, SLOANE WOLFE | : : : | CIVIL ACTION |
| v. | : : | NO. 23-4501 |
| TWIN VALLEY SCHOOL DISTRICT | : | |

## O R D E R

**AND NOW,** this 26th day of March, 2025, it is **ORDERED** that:

1. The Defendant's motion to dismiss Plaintiff's Complaint [Doc. 37] is **DENIED**.

2. Defendant shall file an Answer to the Complaint by April 20, 2025.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**